**RQ CONSTRUCTION, INC., Appellant,**

v.

**Gordon R. ENGLAND, Secretary
of the Navy, Appellee.**

No. 02–1220.

United States Court of Appeals,
Federal Circuit.

Jan. 7, 2003.

Before MICHEL, LOURIE and BRYSON, Circuit Judges.

**Judgment**

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.